

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-14-00473-CV

**ARC PARKLANE, INC.** d/b/a Parklane West Healthcare Center,
Appellant

v.

Belen **BETTS**, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellant has filed an unopposed motion to lift the abatement of this interlocutory appeal. We grant the motion and reinstate the appeal on the active docket of this court. We order appellant's brief due July 21, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court